UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID DANIELS,

    Plaintiff,                                            Case No. 24-cv-11686

v.

                                                       Hon. Sean F. Cox
UNIVERSITY OF MICHIGAN ET AL.,         United States District Court Judge

    Defendants.
_____/

## JUDGMENT

**IT IS ORDERED, ADJUDGED, AND DECREED** that, for the reasons stated in the Court's February 10, 2025 Opinion and Order, Counts I and II of this action are **DISMISSED with prejudice** and Counts III–VIII are **DISMISSED without prejudice**.

    **IT IS SO ORDERED.**

                                                            s/Sean F. Cox
                                                             Sean F. Cox
                                                             United States District Judge

Dated: February 10, 2025