UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**DAVID DANIELS**,

        Plaintiff,                Case No. 24-cv-11686

v.                                    Hon. Sean F. Cox

**UNIVERSITY OF MICHIGAN**, **UNIVERSITY**   David R. Grand
**OF MICHIGAN BOARD OF REGENTS**, et. al.   Magistrate Judge

        Defendants.
_____/

**STACEY LAW PRACTICE**
By:   **Francyne Stacey (P33225)**
455 E. Eisenhower Pkwy, Ste 300
Ann Arbor, Michigan 48108
(734) 821-8088
francyne@staceylawpractice.com
**Attorney for Plaintiff**

**ARBOR LAW PLLC**
By:   **Jay D. Mukerji (P83218)**
455 E. Eisenhower Pkwy, Ste 300
Ann Arbor, Michigan 48108
(734) 773-0087
attorney@arborlaw.com
**Attorney for Plaintiff**

**BUTZEL LONG**
By:   **Daniel B. Tukel (P34978)**
201 W. Big Beaver Road
Suite 1200
Troy, Michigan 48084
(248) 258-1616
tukel@butzel.com
**Attorneys for Defendants**
**University of Michigan**,
**University of Michigan**
  **Board of Regents**,
**Gloria Hage**, **David Gier**,
 **Maureen Burke**, **Martin Philbert**,
 **Margie Pillsbury, Mark Schlissel**
 **And Elizabeth Seney**

**DEBORAH GORDON LAW**
By: **Deborah L. Gordon (P27058)**
     **Elizabeth Marzotto Taylor (P82061)**
     **Sarah Gordon Thomas (P83935)**
33 Bloomfield Hills Barkway, Suite 220
Bloomfield Hills, Michigan 48258-
248-258-2500
dgordon@deborahgordonlaw.com
emarzottotaylor@deborahgordonlaw.com
sthomas@deborahgordonlaw.com
**Attorneys for Defendant Andrew Lipian**

## NOTICE OF APPEAL

DAVID DANIELS, Appellant, by and through his counsel, and pursuant to Fed. R. App. P. 3, gives notice of appeal to the United States Court of Appeals for the Sixth Circuit from the Order and Judgment entered in this action on February 10, 2025.

1. The party taking the appeal is David Daniels, the Plaintiff in the district court proceeding.

2. The order and judgment being appealed are the Opinion and Order Granting In Part and Denying In Part University of Michigan Defendants' Motion To Dismiss (ECF No. 31) and Denying Defendant Lipian's Motion To Dismiss (ECF No. 32) and the Judgment (ECF No. 43). both entered by the district court on February 10, 2025.

4. This notice of appeal is timely filed within the period specified by Fed. R. App. P. 4.

5. This United States Court of Appeals for the Sixth Circuit has jurisdiction over this appeal pursuant to 28 U.S.C. § 1291.

6. A copy of this notice of appeal has been served on all parties to the district court proceeding and the clerk of the district court via CM/ECF as required by Fed. R. App. P. 3(d).

7.   The Appellant has paid the required filing fee.

8.   LOCAL RULE CERTIFICATION: I, Francyne Stacey, certify that this document complies with E.D. Mich LR 5.1(a), including double-spaced (except for quoted materials and footnotes); at least one-inch margins on the top, sides, and bottom; consecutive page numbering; and type size of all text and footnotes that is no smaller than 10-1/2 characters per inch (for non-proportional fonts) or 14 point (for proportional fonts). I also certify that it is the appropriate length. (E.D. Mich LR 7.1(d)(3).)

Respectfully submitted,

Date: 02/14/2025

STACEY LAW PRACTICE PLLC

/s/Francyne Stacey (P33225)
Attorney for Plaintiff
455 E Eisenhower Pkwy,
Suite 300
Ann Arbor, MI 48108
(734) 821-8088
francyne@staceylawpractice.com

ARBOR LAW PLLC

/s/Jay Mukerji (P83218)
Attorney for Plaintiff
455 E Eisenhower Pkwy,
Suite 300
Ann Arbor, MI 48108
(734) 773-0087
attorney@arborlaw.com